**Order entered October 7, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00855-CR

## AARON RAYSHAN WELLS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F19-75986**

## ORDER

Before the Court are the State's Motion for Second Extension of Time to File Brief and the State's Motion for Leave to Exceed Word Limit. The State's motions are **GRANTED**. The State's brief is deemed filed as of the date of this Order.

/s/     AMANDA L. REICHEK
        JUSTICE